NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE FOLKER LIEB, HERMANN HAGEMANN,
ARNO WIDDIG, MICHAEL RUTHER, REINER
FISCHER, THOMAS BRETSCHNEIDER,
CHRISTOPH ERDELEN, ULRIKE WACHENDORRF-
NEUMANN, PETER DAHMEN, MARKUS
DOLLINGER, HANS-JOACHIM SANTEL, ALAN
GRAFF, WOLFRAM ANDERSCH, NORBERT
MENCKE, AND ANDREAS TURBERG**
(REAL PARTY IN INTEREST BAYER AG)

---

2011-1076

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences in Serial No. 10/903,550.

---

**JUDGMENT**

---

MARK D. MARIN, Norris McLaughlin & Marcus, P.A., of New York, New York, argued for appellant.

FARHEENA Y. RASHEED, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With her on the brief were RAYMOND T. CHEN, Solicitor and JANET A. GONGOLA, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (BRYSON, LINN, and O'MALLEY, *Circuit Judges*).


**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


June 9, 2011       /s/ Jan Horbaly
Date       Jan Horbaly
Clerk